9/1/2016 Aluratek Volume Limiting Wired Foam Headphones For Children [blue] - Stereo - Blue - Mini-phone - Wired - Over-the-head - Binaural - Circumaural (ak...

Case: 1:16-cv-08651 Document #: 1-4 Filed: 09/02/16 Page 1 of 14 PageID #:26



Try ShippingPass FREE for 30 days



# Aluratek Volume Limiting Wired Foam Headphones For Children [blue] - Stereo - Blue - Mini-phone - Wired - Over-the-head - Binaural - Circumaural (akh01fb)

☆☆☆☆☆ Write a review    Q&A    By: Aluratek

$24.02

Quantity: 1

**Add to Cart**

Add to Registry    Add to List

Sold by **Beach Audio Inc**    |    Return policy

Learn about Marketplace Retailers

**$5.64 shipping** from this seller  ›

Pickup not available  ›

Check out these related products

**EXHIBIT D**

Case: 1:16-cv-08651 Document #: 1-4 Filed: 09/02/16 Page 2 of 14 PageID #:27



$6.72
Bytech STHDSLV STHD-SLV Stereo Headphones

$61.12
Audio-technica Sonicfuel In-ear Headphones With…

$32.65 Was $39.71
Save $7.06
Vanderbilt Commodores DJ-Style Headphones
ShippingPass

$32.34 Was $39.71
Save $7.37
Nebraska Cornhuskers DJ-Style Headphones
ShippingPass

## About this item

**Important Made in USA Origin Disclaimer:** For certain items sold by Walmart on Walmart.com, the displayed country of origin information may not be accurate or consistent with manufacturer information. For updated, accurate country of origin data, it is recommended that you rely on product packaging or manufacturer information.

Aluratek's Volume Limiting Wired Foam Headphones For Children is the most safe and comfortable pair of headphones for your child. The body of the headphones is made from a single piece of EVA foam which is non toxic and BPA free. EVA foam is lightweight and very durable making the headphones extremely flexible and nearly indestructible while providing maximum comfort to your child. The Volume Limiting Headphones features conforming leather ear pads for hours of wearing comfort and fits most children's heads ages 3 and up. For smaller children, simply snap on the included headband pad to provide a snug fit.

The sound quality is clear and rich with the sound levels never exceeding 85 decibels to protect young ears. The foam headphones can be used with a any portable device with a standard 3.5mm port such as smartphones, tablets, laptops, computers, gaming devices, MP3 players and ereaders. Your kids can listen to their favorite music and play their favorite games at home...

Advertisement



Explore related products

9/1/2016 Aluratek Volume-Limiting Wired Foam Headphones For Children [blue] - Stereo - Blue - Mini-phone - Wired - Over-the-head - Binaural - Circumaural (ak…

Case: 1:16-cv-08651 Document #: 1-4 Filed: 09/02/16 Page 3 of 14 PageID #:28

## Explore related products



Aluratek Headphones

Headphones

Headphones - Sports Headphones

Stereo Headphones

Advertisement



9/1/2016 Aluratek Volume Limiting Wired Foam Headphones For Children[blue] - Stereo - Blue - Mini-phone - Wired - Over-the-head - Binaural - Circumaural (ak…

Case: 1:16-cv-08651 Document #: 1-4 Filed: 09/02/16 Page 4 of 14 PageID #:29

## Sponsored Products



**Reduced Price**

$**6.59**  List price $9.99
**Save $3.40**
Refurbished ReTrak Retractable...



$**4.99**

QFX Lightweight Stereo Earbuds-Blue



$**27.53**

Philips 2236 Stereo Headphones for...



$**22.25**

V20 Stereo Headphones

## Questions & Answers    0 questions

Get specific details about this product from customers who own it.

## Customer Reviews

Be the first to review this item

### Helpful reviews for similar **Aluratek** products



$**29.44**
Aluratek Bluetooth Headphones, Black



2 reviews | 3 out of 5

👍 6 people found this review helpful

**great price, great headset.**                     5/18/2015

" The Aluratek headset not only have good sound for the price, they also allow you to talk on your smart phone, dictate texts, and are really comfortable to wear for long periods of time. This is the third pair I own and they all three still work 6 months after buying them. I love them and would suggest these to anyone wanting a really afordable headset for there smartphone or tablet. "

Read 2 reviews

Case: 1:16-cv-08651 Document #: 1-4 Filed: 09/02/16 Page 5 of 14 PageID #:30



$93.11
Aluratek Levetron Usb Gaming Headset
★★☆☆☆
1 review | 2 out of 5

👍 0 people found this review helpful

### USB Cord Fragile
10/25/2015

" The cord weakened after 6 months of use. After 9 months of use, it no longer works. For a $70.00 product, this should not happen. Will never buy headsets from Walmart again. "

Read 1 review



$74.98
Aluratek Headset ABH01F

2 reviews | 4 out of 5

👍 0 people found this review helpful

11/14/2012

" In my short time of ownership & use of this product, I can say they are of fair quality, alil over priced but comfortable for my needs, I had gotten the bluetooth wireless ear bud type & had to return those because they do not fit my small ears, my need for wireless headphones, is for use when I excersize on my treadmill. So over all: they sound good, block out other noise for the most part & feel good but make my ears sweat-lol going to make some cloth covers to help with that part, Ive experienced alil crackling but that mabe just the download, is of poor quality because I...Read more "

Read 2 reviews



$35.27
Aluratek Aluratek Abh04f Bluetooth
★★★★★
1 review | 5 out of 5

👍 3 people found this review helpful

### great style and comfort
4/7/2015

" I purchased these head phones because of the appearance, and compatibility with other up to date devices such as the galaxy tab,and the lg Optimus phone. I love them!!! Well worth the 35.00 the comfort from the cushion is amazing made with pure quality. I purchased the over the neck head phones by lg but i didn't like the fact it would get really low. Weeks after purchase I highly recommend these head phones "

Read 1 review

9/1/2016 Aluratek Volume Limiting Wired Foam Headphones For Children[blue] - Stereo - Blue - Mini-phone - Wired - Over-the-head - Binaural - Circumaural (ak…

Case: 1:16-cv-08651 Document #: 1-4 Filed: 09/02/16 Page 6 of 14 PageID #:31



**$29.97**

Aluratek Bluetooth Sportclip Earbuds

★★☆☆☆

2 reviews | 2 out of 5

👍 0 people found this review helpful

**DOA**  10/22/2013

" This came in DOA. Would not charge. Would not turn on. Just dead. I bought a NoiseHush unit on sale at another store and it works great. I now have a Walmart gift card because I did not want to wait the 3 weeks for a return. "

Read 2 reviews

## Consider these popular products



**$12.88**

Teenage Mutant Ninja Turtles Kid-Friendly Headphones

★★★★☆ 5



**$11.00**

Inland Dynamic Stereo Headphones with Volume

★★★★☆ 156



**$19.00**

Shopkins Kids-Friendly Headphones



**$22.71**

Unisar TV Listener Extra Rechargeable

★★★★☆ 41

## Policies & Plans 

See any care plans, options and policies that may be associated with this product.

Be the first to save!  [Email address]  **Sign up**

      Mobile apps

Help   Feedback   MoneyCenter   Privacy & Security   CA Privacy Rights   Terms of Use

© Walmart Stores, Inc.                                                                                    Ref: X26UQ5PA7C

Case: 1:16-cv-08651 Document #: 1-4 Filed: 09/02/16 Page 7 of 14 PageID #:32

Case: 1:16-cv-08051 Document #: 1-4 Filed: 09/02/16 Page 8 of 14 PageID #:33



Try ShippingPass FREE for 30 days



# Hamilton Buhl Flex Phones Foam Headphones 3.5mm Plug Blue - Stereo - Blue

Case: 1:16-cv-08051 Document #: 1-4 Filed: 09/02/16 Page 9 of 14 PageID #:34





$23.95

Quantity: 1

Add to Cart

Add to Registry

Add to List

Sold by **Kaplan Toys** | Return policy

Learn about Marketplace Retailers

**$5.00 shipping** from this seller >

Pickup not available >

See 1 more seller
Starting **from $33.04** >

○ $33.04 +Free shipping

When will it arrive ?

BidDeal | Return policy

### Other sellers on Walmart.com

In addition to Walmart.com items, we offer you products from our Marketplace Retailer partners to give you a wide range of choices.

- Marketplace items are not returnable to Walmart.com or Walmart stores
- Marketplace Retailers ship the items you buy from them
- Tracking details (if available) can be found in your Walmart account

© Walmart Stores, Inc.

### Consider these popular products



$12.88

Teenage Mutant Ninja Turtles Kid-Friendly...

★★★★☆ 5

ShippingPass



$11.00

Inland Dynamic Stereo Headphones with...

★★★★☆ 156

ShippingPass



$19.00

Shopkins Kids-Friendly Headphones

ShippingPass



$22.71

Unisar TV Listener J3 Infrared Extra...

★★★☆☆ 41

ShippingPass

## About this item

**Important Made in USA Origin Disclaimer:** For certain items sold by Walmart on Walmart.com, the displayed country of origin information may not be accurate or consistent with manufacturer information. For updated, accurate country of origin data, it is recommended that you rely on product packaging or manufacturer information.

Flex-Phones(TM) Blue Foam Headphones

Advertisement





## Explore related products

Hamilton Buhl Headphones

Buhl Headphones

Hamilton Buhl Collection

Headphones

Advertisement

## Sponsored Products



**Reduced Price**

$**6.59** List price $9.99
**Save $3.40**

Refurbished ReTrak Retractable...



$**4.99**

QFX Lightweight Stereo Earbuds-Blue



$**22.25**

V20 Stereo Headphones



**Clearance**

$**7.19** List price $24.99
**Save $17.80**

Philips In-Ear Headphone with...

Advertisement



### Questions & Answers    0 questions

Get specific details about this product from customers who own it.

### Customer Reviews

Be the first to review this item

Helpful reviews for similar **Ergoguys** products

Case: 1:16-cv-08651 Document #: 1-4 Filed: 09/02/16 Page 13 of 14 PageID #:38



**$12.10**
Ergoguys Califone Switchable

★★★★★
1 review | 5 out of 5

👍 1 people found this review helpful

**GREAT FOR DIRT FISHING**    3/23/2013

" Good cheap headphones for metal detecting, Cancel's out noise all right, Duel volume control and binary audio work's good. Good coiled cord length for metal detecting, Could be about a meter longer. Can't complain for what they cost. "

Read 1 review



**$.**
Ergoguys Califone Children's Stereo

★★★★☆
12 reviews | 4 out of 5

👍 4 people found this review helpful

**Misleading product details**    9/3/2013

" I wanted a pair of kid-friendly headphones so my son could watch TV silently on the couch while I work at the table, thus I needed a LONG cord. The product description very clearly said these had a 10-FOOT cord, but what arrived to me was only a 3 foot cord. Not even close. I bought these through Amazon.com, so I'm not sure if the typo is Amazon's or Walmart's fault, but since the cord length was a requirement for the headphones to fulfill their purpose, I was very disappointed. That being said, they function perfectly well and I've heard that Califone is a very reliable...Read more "

Read 12 reviews



**$52.46**
NoiseHush Freedom BT700 Bluetooth

★★★★☆
1 review | 4 out of 5

👍 0 people found this review helpful

**Very Nice, but not what I am looking for.**    10/6/2014

" This item is very nice if you like to listen to music, or speak with someone on the phone without having to hear loud noise around you. The cancellation of background noise could be better, since the earmuffs block out most of the noise around you so you won't hear it. Unfortunately, the person you are speaking with will still hear the background noise. It also puts pressure on the ears and it is a bit bulky, making it somewhat uncomfortable after wearing it for a short time. While this item really isn't for me, I am 100% sure that there are plenty of people out there...Read more "

Read 1 review

Case: 1:16-cv-08651 Document #: 1-4 Filed: 09/02/16 Page 14 of 14 PageID #:39



$34.17
NOISEHUSH NS560 CLIP-ON

★★★★☆
1 review | 4 out of 5

👍 2 people found this review helpful

**this thing is awesome!**    5/4/2014

" Only down side is you can't charge and use it at same time. Automatically shuts off when you plug in charger "

Read 1 review

## Policies & Plans ›

See any care plans, options and policies that may be associated with this product.

Be the first to save!    [Email address]    **Sign up**



Mobile apps

Help    Feedback    MoneyCenter    Privacy & Security    CA Privacy Rights    Terms of Use

© Walmart Stores, Inc.      Ref: X26UQ5PA7C